FILED
July 30, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>SCOTT A. JUNGWIRTH,<br><br>    Defendant. | Case No. 2:18-MJ-00141-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SCOTT A. JUNGWIRTH</u>, Case No. <u>2:18-MJ-00141-AC-1</u>, Charge <u>18 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000.00</u>

        ✔ Unsecured Appearance Bond

        ✔ (Other) <u>With pretrial supervison and conditions of release as stated on the record in open court. Defendant to be released to the custody of U.S. Pretrial Services on 7/31/2018 at 9:00 AM for court-ordered residential treatment.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 30, 2018</u> at <u>2:30</u> pm.

_____
Deborah Barnes
United States Magistrate Judge